IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No: BEL-06-0444 |
| : | |
| CALLIXTUS O. NWAEHIRI : | |

### NOTICE OF APPEAL

NOTICE is hereby given that the Defendant in the above-captioned matter hereby appeals to the United States Court of Appeals for the Fourth Circuit from the conviction and sentence returned December 12, 2008 before the Honorable Benson E. Legg. The Defendant is filing the Notice of Appeal Pro Se and is **indigent**.

Respectfully submitted,

*[signature]*

Callixtus O. Nwaehiri
Kevin J. McCants
The McCants Firm
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
202.742.6540
**Attorney for Calixtus Nwaehiri**

## Certificate of Service

I hereby certify that on this 18th day of December, 2008, a copy of the foregoing Notice of Appeal was served on all parties and their counsel by ECF.

_____
Kevin J McCants